**Karen Loxley Trosdal WILLIAMS, et al., Plaintiffs-Appellants,**

v.

**UNITED STATES of America, Defendant-Appellee,**

**Trust Co. of Georgia Bank of Savannah, N.A., Third Party Defendant-Appellee.**

**No. 84–8078.**

United States Court of Appeals, Eleventh Circuit.

Nov. 29, 1984.

Stanley E. Harris, Jr., Savannah, Ga., for plaintiffs-appellants.

Stephanie Grogan, Dept. of Justice, Washington, D.C., for the U.S.

Before HILL and VANCE, Circuit Judges, and PITTMAN *, District Judge.

PER CURIAM:

We affirm on the basis of the Order of the district court. *Williams By and Through Sharpley v. United States*, 581 F.Supp. 847 (S.D.Ga.1983). We have considered appellants' contention that there is a dispute with respect to certain facts that

---

* Honorable Virgil Pittman, U.S. District Judge for the Southern District of Alabama, sitting by designation.

were treated as undisputed by the district court. We conclude, however, that even if meritorious such contention would not affect our result.

AFFIRMED.